1  KENNETH W. DONNELLY (Lead Trial Attorney)
2  (D.C. Bar No. 462996)
   donnellyk@sec.gov
3  DREW D. PANAHI (Cal. Bar No. 224352)
   panahid@sec.gov
4
   Attorneys for the Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
6  Washington, DC 20549-5949
7  Telephone: (202) 551-4946 (Donnelly)
   Facsimile: (202) 772-9292 (Donnelly)
8

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   SECURITIES AND EXCHANGE COMMISSION,    Case No. CV 13 2549
14
15              Plaintiff,
           v.
16                                         PROPOSED FINAL JUDGMENT AS TO
   BRUCE W. TOMLINSON,                     DEFENDANT BRUCE W. TOMLINSON
17
18              Defendant.

19

20         The Securities and Exchange Commission having filed a Complaint and Bruce W.

21  Tomlinson ("Defendant") having entered a general appearance; consented to the Court's

22  jurisdiction over him and the subject matter of this action; consented to entry of this Final

23  Judgment without admitting or denying the allegations of the Complaint (except as to

24  jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal

25  from this Final Judgment:

                                   I.
26
27         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

28  Defendant's agents, servants, employees, attorneys, and all persons in active concert or

1 | participation with them who receive actual notice of this Final Judgment by personal service or
2 | otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section
3 | 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and
4 | Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or
5 | instrumentality of interstate commerce, or of the mails, or of any facility of any national
6 | securities exchange, in connection with the purchase or sale of any security:

7 |      (a)     to employ any device, scheme, or artifice to defraud;

8 |      (b)     to make any untrue statement of a material fact or to omit to state a material fact
9 |                necessary in order to make the statements made, in the light of the circumstances
10 |                under which they were made, not misleading; or

11 |      (c)     to engage in any act, practice, or course of business which operates or would
12 |                operate as a fraud or deceit upon any person.

13 | **II.**

14 |      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section
15 | 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is prohibited, for five years
16 | following the date of entry of this Final Judgment, from acting as an officer or director of any
17 | issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15
18 | U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15
19 | U.S.C. § 78o(d)].

20 | **III.**

21 |      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a
22 | civil penalty in the amount of $616,000 to the Securities and Exchange Commission pursuant to
23 | Section 21A of the Exchange Act [15 U.S.C. § 78u-1]. Defendant shall pay this penalty pursuant
24 | to the terms of the schedule of payments set forth in paragraph IV below.

25 |      Defendant may transmit payments electronically to the Commission, which will provide
26 | detailed ACH transfer/Fedwire instructions upon request. Payments may also be made directly
27 | from a bank account via Pay.gov through the SEC website at
28 | http://www.sec.gov/about/offices/ofm.htm. Defendant may also make payments by certified

1 | check, bank cashier's check, or United States postal money order payable to the Securities and

2 | Exchange Commission, which shall be delivered or mailed to:

3 |

4 | Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard

5 | Oklahoma City, OK 73169

6 | and shall be accompanied by a letter identifying the case title, civil action number, and name of

7 | this Court; Bruce W. Tomlinson as a defendant in this action; and specifying that payment is

8 | made pursuant to this Final Judgment.

9 | Defendant shall simultaneously transmit photocopies of evidence of a payment and case

10 | identifying information to the Commission's counsel in this action. By making any payment,

11 | Defendant relinquishes all legal and equitable right, title, and interest in such funds, and no part

12 | of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant

13 | to this Final Judgment to the United States Treasury.

14 | **IV.**

15 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay the

16 | penalty due of $616,000 in four (4) installment payments to the Commission according to the

17 | following schedule: (1) $76,000 within 14 days of entry of this Final Judgment; (2) $140,000

18 | within 365 days of entry of this Final Judgment; (3) $200,000 within 730 days of entry of this

19 | Final Judgment; and (4) $200,000 within 1,095 days of entry of this Final Judgment. Payments

20 | shall be deemed made on the date they are received by the Commission and shall be applied first

21 | to post-judgment interest, which accrues pursuant to 28 U.S.C. § 1961 on any unpaid amounts

22 | due after 14 days of the entry of Final Judgment. Prior to making the final payment set forth

23 | herein, Defendant shall contact the staff of the Commission for the amount due for the final

24 | payment. If Defendant fails to make any payment by the date required or in the amount

25 | according to the schedule above, all outstanding payments under this Final Judgment, including

26 | post-judgment interest, minus any payments made, shall become due and payable immediately at

27 | the discretion of the staff of the Commission without further application to the Court.

28 |

**V.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the real property owned by and held in the name of Defendant and his wife, Paula A. Tomlinson, in Los Altos, CA shall secure payment of the $616,000 civil penalty, plus applicable post-judgment interest pursuant to 28 U.S.C. § 1961.

**VI.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendant has agreed to cooperate with the Commission in the Commission's pending enforcement action, as well as any related investigations, proceedings, and actions, and that if at any time following the entry of the Final Judgment the Commission obtains information indicating that the Defendant knowingly provided materially false or misleading information or materials to the Commission, the Commission may, at its sole discretion and without prior notice to the Defendant, petition the Court to vacate this Final Judgment and restore this action, including all of the original allegations in the Complaint, to its active docket.

**VII.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE